IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND RESORTS CORPORATION, a Maryland Corporation, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, and DIAMOND RESORTS MANAGEMENT, INC., an Arizona Corporation<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>US CONSUMER ATTORNEYS, P.A., a Florida Professional Corporation,<br><br>　　　　　Defendant(s) | CASE NO.: 9:18-cv-80311-RLR<br><br>CIVIL ACTION |

## DEFENDANT'S MOTION AND MEMORANDUM TO SEAL CONFIDENTIAL SETTLEMENT AGREEMENT BETWEEN PARTIES

Defendant, US CONSUMER ATTORNEYS, P.A. hereby submits its Motion to Seal a Confidential Settlement Agreement between it and Diamond Resorts Corporation, one of the named Plaintiffs herein and its parents, affiliates, subsidiaries and assigns (collectively "Diamond"). This motion is based upon the following Memorandum.

## MEMORANDUM

1. **A prior Settlement Agreement has been completely ignored by Plaintiffs in their Complaint.**

　　　DIAMOND RESORTS CORPORATION, a Maryland Corporation, and its parents, affiliates, subsidiaries and assigns (collectively "Diamond") entered into a written and fully

1

executed <u>Confidential Settlement Agreement</u> ("Settlement Agreement" or "Agreement"), the terms of which are being presented to the court with this Motion to Seal *solely* because of the terms of confidentiality being found therein.

The review of said Settlement agreement is paramount to the sundry motions Defendant is filing with the Court and is necessary for review by the Court and adversary counsel.

Defendant therefore moves to have the Settlement Agreement placed under Seal of this Court. Defendant intends to honor the respective terms of Confidentiality in this Motion, but takes no position otherwise as to the public need to know, and the absolute need to refer to provisions thereof in the respective Motions, Briefs and Memorandum as needed to argue this case before this Honorable Court.

Pursuant to Local Rule 7.1(a)(3), which requires Defendant's counsel to certify that he has conferred with all parties or non-parties who may be affected by the relief sought, in a good faith effort to resolve by agreement the issues raised in the motion, Defendants counsel certifies that he has conferred with adversary counsel, Daniel Barsky, but was unable to reach a consensus.

**WHEREFORE**, Defendant seeks the relief set forth herein and as so determined by this Honorable Court.

Dated: April 20, 2017

                                         **US Consumer Attorneys, P.A.**

                                         By:           /S/ - Henry N. Portner
                                                Henry N. Portner, Attorney for Defendant(s)
                                                6586 Hypoluxo Road, Suite 300
                                                Lake Worth, Florida 33467
                                                Tel.: (561) 400-0027
                                                PortnerLitigation@hotmail.com
                                                FL Bar # 0883050