IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DIVISION OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| **DIAMOND RESORTS INTERNATIONAL, INC.**, a Delaware Corporation; **DIAMOND RESORTS CORPORATION**, a Maryland Corporation, **DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC**, a Delaware Limited Liability Company, and **DIAMOND RESORTS MANAGEMENT, INC.**, an Arizona Corporation, | CASE NO.: 9:18-cv-80311-RLR <br><br> Hon. Robin L. Rosenberg <br> Hon. Bruce E. Reinhart <br><br> CIVIL ACTION |
| Plaintiff(s), | |
| vs. | |
| **US CONSUMER ATTORNEYS, P.A.**, a Florida Professional Corporation, | |
| Defendant(s) | |

### [PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO SEAL CONFIDENTIAL SETTLEMENT AGREEMENT

THIS CAUSE having come before the Court on Defendant's Motion to Seal Confidential Settlement Agreement. The Court, having reviewed the motion and otherwise being fully advised of the premises has determined that there is good cause for granting Defendants Motion.

Accordingly, it is

**ORDERED AND ADJUGED** that the Defendants Motion to Seal Confidential Settlement Agreement is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2018.

                                                                                   **ROBIN L. ROSENBERG**
                                                                                   **UNITED STATED DISTRICT JUDGE**