UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 9:18-CV-80311-Rosenberg/Reinhart

DIAMOND RESORTS INTERNATIONAL INC.,
et al.,
              Plaintiffs,

v.

US CONSUMER ATTORNEYS, P.A.,

              Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404 (DE 23)

This matter is before the Court on Defendant's Motion to Transfer Venue under 28 U.S.C. § 1404. On April 26, 2018, the parties filed a limited consent (DE 42), authorizing the undersigned U.S. Magistrate Judge to enter an order of final disposition on the pending dispositive motion. The undersigned has reviewed the Motion to Transfer (DE 23), Plaintiffs' Response in Opposition (DE 35), Defendant's Reply (DE 40), and the Confidential Settlement Agreement ("settlement agreement") (DE 54). The Court heard oral argument on the Motion to Transfer on May 23, 2018. This matter is ripe for decision.

On March 9, 2018, Plaintiff filed a six-count Complaint (DE 1) alleging violations of the Lanham Act, common law unfair competition, and tortious interference. Defendant then filed this Motion to Transfer Venue under 28 U.S.C. § 1404, arguing that the case should be transferred to San Diego, California, pursuant to the forum selection clause in the parties' July 1, 2016, settlement agreement. Defendant does not allege that a § 1404 transfer is otherwise

warranted "[f]or the convenience of parties and witnesses, in the interests of justice." 28 U.S.C. § 1404 (2017).

Title 28, United States Code Section 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interests of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Section 1404 provides the means by which a party seeking to enforce a forum-selection clause should proceed. *Atlantic Marine Const. Co, Inc. v. U.S. Dist. Court for Western Dist. Of Texas*, 571 U.S. 49, 52 (2013). When a defendant files a motion to transfer under §1404(a) to enforce a forum-selection clause, "a district court should transfer the case unless extraordinary circumstances unrelated to the convenience of the parties clearly disfavor a transfer." *Id*. "Under general contract principles, the plain meaning of a contract's language governs its interpretation." *Slater v. Energy Services Group Int'l, Inc.*, 634 F.3d 1326, 1330 (11th Cir. 2011) (interpreting forum-selection clause).

Defendant's request for transfer is based solely on Plaintiffs' initiation of this action in alleged contravention of the parties' settlement agreement. Defendant argues that this case should be transferred to San Diego, California, pursuant to the forum-selection clause set forth in paragraph 21 of the parties' settlement agreement. Paragraph 21, in relevant part, provides:

> The Parties further understand and agree that should Diamond breach this Agreement, any legal proceeding brought by USCA related to or arising out this Agreement, venue shall lie exclusively in the courts located in San Diego, California; should USCA breach this Agreement, any legal proceeding brought by Diamond related to or arising out this Agreement, venue shall lie exclusively in the courts located in Las Vegas, Nevada.

Thus, the forum-selection clause governs two independent scenarios: (1) where Diamond breaches the agreement and USCA files suit, and (2) where USCA breaches the agreement and Diamond files suit. Based on a plain reading of paragraph 21, the

settlement agreement provides no remedy for the situation faced by Defendant where Defendant alleges that Diamond breached the settlement agreement, but *Diamond* files suit. Because Diamond has brought this action, this Court finds that the forum selection clause is inapplicable and transfer of the case is improper.

## CONCLUSION

For the foregoing reasons, Defendant's Motion to Transfer (DE 23) is **DENIED.** Defendant shall file its Answer to the Complaint by **June 20, 2018.**

**DONE AND ORDERED** in Chambers this 6th day of June, 2018, at West Palm Beach in the Southern District of Florida.

_____

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE