AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS MANAGEMENT, INC., <br> *Plaintiff(s)* <br> v. <br> US CONSUMER ATTORNEYS, P.A., a Florida professional corporation, HENRY PORTNER, ESQ., an individual, and ROBERT SUSSMAN, an individual, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:18-cv-80311-RLR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HENRY PORTNER, ESQ.
6316 Vireo Court
Lake Worth, Florida 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., Shutts & Bowen LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801 (Tel. 407-835-6755, Fax 407-849-7255) Emails: bbennington@shutts.com, grubin@shutts.com; Daniel J. Barsky, Esq., Shutts & Bowen LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 33131 (Tel. 561-650-8518; Fax 561-822-5527) Email: dbarsky@shutts.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/11/2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS MANAGEMENT, INC., | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 9:18-cv-80311-RLR |
| US CONSUMER ATTORNEYS, P.A., a Florida professional corporation, HENRY PORTNER, ESQ., an individual, and ROBERT SUSSMAN, an individual, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ROBERT SUSSMAN
1744 Eldon Court
El Cajon, California 92021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., Shutts & Bowen LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801 (Tel. 407-835-6755, Fax 407-849-7255) Emails: bbennington@shutts.com, grubin@shutts.com; Daniel J. Barsky, Esq., Shutts & Bowen LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 33131 (Tel. 561-650-8518; Fax 561-822-5527) Email: dbarsky@shutts.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/11/2018

Steven M. Larimore
Clerk of Court

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

**SUMMONS**