**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
Case No.: 9:18-CV-80311-ROSENBERG/REINHART

DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS CORPORATION, a Maryland corporation, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, and DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation,

      Plaintiffs,

v.

US CONSUMER ATTORNEYS, P.A., a Florida professional corporation, HENRY PORTNER, ESQ., an individual, and ROBERT SUSSMAN, an individual,

      Defendants.

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT, US CONSUMER ATTORNEYS, P.A.**

Plaintiffs, DIAMOND RESORTS INTERNATIONAL INC. ("DRI"), a Delaware corporation, DIAMOND RESORTS CORPORATION ("DRC"), a Maryland corporation, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC ("U.S. COLLECTION"), a Delaware limited liability company, and DIAMOND RESORTS MANAGEMENT, INC. ("DIAMOND MANAGEMENT"), an Arizona corporation (collectively, "Plaintiffs" or "Diamond"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(b)(2), hereby move this Court to enter a default judgment against Defendant, US CONSUMER ATTORNEYS, P.A. ("USCA"), a Florida professional corporation, on the claims set forth in the Amended Complaint, and in support, state as follows:

1. On June 18, 2018, Diamond timely filed its Amended Complaint in this action [ECF No. 90], as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) and in compliance with the deadlines established by the Court's Scheduling Order [ECF No. 29].

2. Plaintiffs' Amended Complaint was filed with the Clerk of Court using the Court's CM/ECF system which serves a copy on all counsel of record. Therefore, a copy of Plaintiffs' Amended Complaint was properly served on USCA on June 18, 2018, via electronic service upon its counsel of record, Henry Portner, Esq. ("Portner"), through the Court's CM/ECF system.

3. An answer or response to the Amended Complaint was due from USCA on or before July 2, 2018.

4. As can be gleaned from the Court Docket, USCA has failed to answer, move, plead, or respond to the Amended Complaint or otherwise defend within the time allowed by law.

5. Furthermore, Plaintiffs have recently made several attempts to serve a duly issued summons on Portner, as an individual Defendant in this action, at USCA's offices in both Florida and California.

6. Contrary to Portner's representations to this Court that he would be in California attending to both personal and employment matters during the time period of July 1, 2018 to July 22, 2018, as delineated in Defendant's Motion to Continue Discovery Hearing [ECF No. 103], he has not been there. In fact, and in stark contrast to the allegations Portner made to this Court, the USCA employees at the California office advised Plaintiffs' process server that Portner, currently, is not in California and will not be there for another month.

7. Aside from a potential lack of candor issue on the part of Portner to this Court, this is yet another example of Portner's ongoing efforts to delay this civil action and interfere with the smooth administration of justice, not only as counsel for USCA but now, also, as a newly named Defendant in this action.

8. Most recently, on July 17, 2018, service of process was effected on Portner.

9. In any event, based upon the foregoing and pursuant to Fed. R. Civ. P. 55(b)(2), Diamond is entitled to the entry of a default judgment by this Court and against USCA for its failure to respond, plead or defend relative the Amended Complaint.

10. Pursuant to Local Rule 7.1(a)(2), Diamond also submits for this Court's consideration a proposed Order Granting Plaintiffs' Motion for Default Judgment against USCA, a copy of which is attached hereto as **Exhibit "A"**.

11. Upon entry of a default judgment, Diamond will file a motion to schedule a hearing on damages.

WHEREFORE, Plaintiffs, DIAMOND RESORTS INTERNATIONAL, DIAMOND RESORTS CORPORATION, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS MANAGEMENT, INC., hereby request the entry of a default judgment by this Court against Defendant, US CONSUMER ATTORNEYS, P.A., on the claims set forth in the Amended Complaint, and for such other and further relief as this Court deems just and proper.

Dated:  July 20, 2018.

    */s/ Daniel J. Barsky*
**DANIEL J. BARSKY, ESQ.**
Florida Bar No. 25713
Email: dbarsky@shutts.com
**SHUTTS & BOWEN LLP**
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 561-650-8518
Facsimile: 561-822-5527
*Attorneys for Plaintiffs*

and

**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
Email: bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
Email: grubin@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:  (407) 835-6755
Facsimile:  (407) 849-7255
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July, 2018, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of filing to all counsel of record and a copy of the foregoing was served via electronic mail and U.S. Mail, postage prepaid, upon Henry Portner, Esq., 6316 Vireo Court, Lake Worth, Florida 33463, PortnerLitigation@hotmail.com, as well as, served via U.S. Mail, postage prepaid, upon Robert Sussman, 1744 Eldon Court, El Cajon, California 92021.

    _/s/ Daniel J. Barsky_____
    Daniel J. Barsky, Esq.

43508.0032
ORLDOCS 16266811 2