UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 9:18-cv-80311-RLR

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND RESORTS CORPORATION, a Maryland Corporation, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware Limited Liability Company, and DIAMOND RESORTS MANAGEMENT, INC., an Arizona Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> US CONSUMER ATTORNEYS, P.A., a Florida Professional Corporation, ; HENRY PORTNER, ESQ., an individual; and ROBERT SUSSMAN, an individual, <br><br> Defendants. | Hon. Robin L. Rosenberg <br> Hon. Magistrate Judge Bruce E. Reinhart |

**DEFENDANTS PORTNER'S AND SUSSMAN'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Defendants HENRY PORTNER and ROBERT SUSSMAN (hereinafter "Portner" and "Sussman"), pursuant to Fed. R. Civ. P. 6(b) and SD FL Local Rule 7.1, move this Court for an extension of time to respond to the Amended Complaint and state:

    1.    Plaintiffs filed their Amended Complaint on June 18, 2018. (ECF 90).

1

2. Defendants Portner and Sussman were served by substitute service on July 17, 2018 (ECF 110).

3. The Summonses served on Defendants Portner and Sussman provide twenty-one (21) days within which to respond to the Amended Complaint. (ECF 107).

4. Counsel for Defendants Portner and Sussman are facing multiple litigation deadlines and trial days before the deadline for responding to the Amended Complaint.

5. In addition, undersigned counsel Lawrence Walters has experienced an unexpected death in his family, requiring his attention in the coming days.

6. Defendants Portner and Sussman therefore seek an additional nine (9) days (for a total of 30 days from service) within which to respond to the Amended Complaint, extending the deadline to August 16, 2018.

7. Fed. R. Civ. P. 6(b) allows this Court to extend the time to take any action upon showing of good cause. Defendants Portner and Sussman have shown good cause to extend the deadline for responding to the Amended Complaint.

8. Pursuant to SD FL Local Rule 7.1(a)(3), Counsel for Defendants Portner and Sussman have conferred with counsel for the Plaintiffs, who agree to the requested extension of time.

WHEREFORE, Defendants Portner and Sussman request that this Court extend the deadline for responding to the Amended Complaint to August 16, 2018.

_____
LAWRENCE G. WALTERS
Florida Bar No.: 0776599
Primary Email: larry@firstamendment.com
Secondary Email:
paralegal@firstamendment.com
**WALTERS LAW GROUP**
195 W. Pine Avenue
Longwood, Florida 32750
Telephone: (407) 975-9150


HOWARD S. MARKS
Florida Bar No. 0750085
Primary Email: hmarks@burr.com
Secondary Email: echaves@burr.com
Secondary Email: mrannells@burr.com
**BURR & FORMAN LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida  32801
Telephone: (407) 540-6600

*ATTORNEYS FOR DEFENDANTS PORTER AND SUSSMAN*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on July 25, 2018, which will serve a copy by email on all counsel of record.

_____
Lawrence G. Walters