IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-CV-80311-REINHART

DIAMOND RESORTS U.S.
COLLECTION DEVELOPMENT, LLC;
and
DIAMOND RESORTS HAWAII
COLLECTION DEVELOPMENT, LLC,

      Plaintiffs,

v.

NEWTON GROUP TRANSFERS, LLC,
THE NEWTON GROUP, ESA LLC,
INTERVAL BROKER DIRECT, LLC,
NEWTON GROUP EXIT, LLC;
and DC CAPITAL LAW FIRM, LLP,

      Defendants.
_____/

## ORDER ON SCOPE OF ORAL ARGUMENT SET FOR MARCH 29, 2022

On March 8, 2022, I entered an order taking under advisement all pending *Daubert* Motions and Motions for Summary Judgement and set an in-person oral argument for March 29, 2022, at 10:00am. ECF No. 757. At the hearing, the parties should be prepared to discuss and address the Court's questions related to the following:

1. The Motions for Summary Judgment filed by both the Newton Defendants and DC Capital (ECF Nos. 700, 702).

2. DC Capital's proposed expert Jan Jacobawitz and the briefing related to admission of her testimony (ECF Nos. 696, 730, and 746).

3. Plaintiffs' proposed expert David Carlson and the briefing related to admission of his testimony (ECF Nos. 703, 736, 756).

4. Defendants' proposed expert John Crotts and the briefing related to admission of his testimony (ECF Nos. 697, 734, 750).

5. Defendants' proposed expert Steven Berwick and the briefing related to admission of his testimony (ECF Nos. 698, 738, 748).

The Parties should also note that no testimony from any of the proposed experts will be required at the hearing.

**DONE and ORDERED** in Chambers on March 22nd, 2022, at West Palm Beach in the Southern District of Florida.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE